```
                                               CLERK'S OFFICE U.S. DIST. COURT
                                                     AT ROANOKE, VA
                                                          FILED
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA         JUN 29 2006
                  ROANOKE DIVISION
                                                  JOHN F. CORCORAN, CLERK
                                               BY:
                                                     DEPUTY CLERK
```

| | |
|---|---|
| **JAMES BOYD,** ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00386 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | |
| **CLEARANCE FORD,** ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of June, 2006.

_____
United States District Court Judge